**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHEN SALAKA,

        Plaintiff,

v.   Case No: 6:14-cv-1154-Orl-40DAB

LIVE MUSIC TUTOR, INC., TED GEE,
TODD LEE and NATHANIEL FRIENDS,
SR. ,

        Defendants.
_____/

## ORDER

This cause is before the Court on Defendants' Motion for Summary Judgment (Doc. 50) filed on November 9, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 27, 2016 (Doc. 60), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Summary Judgment (Doc. 50) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on February 16, 2016.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:  Counsel of Record